ACCEPTED
04-15-00383-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/30/2015 4:47:40 PM
KEITH HOTTLE
CLERK

## NO. 04-15-00383-CV

| | | |
|---|---|---|
| **IN Re** | § | **IN THE COURT OF APPEALS** |
| | § | |
| | § | |
| **HATTIE POOLE** | § | **FOURTH JUDICIAL DISTRICT** |
| | § | |
| **APPELLANT** | § | **SAN ANTONIO, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/30/2015 4:47:40 PM
KEITH E. HOTTLE
Clerk

### CROSS -APPELLANT'S MOTION FOR EXTENSION OF TIME
### TO FILE NOTICE OF APPEAL

TO THE HONORABLE JUSTICES OF SAID COURT:

NOW COMES CROSS-APPELLANT, HATTIE POOLE, by an through her duly appointed Attorney ad Litem CARMEN SAMANIEGO, and hereby files this motion asking the Court to extend the time for filing Cross-Appellant's brief in this cause.

1. The case is on appeal from the Bexar County Probate Court, Number One, Bexar County, Texas.

2. A Notice of Appeal was already filed on behalf of the Appellant through her chosen private attorney.

3. This attorney ad litem is filing a Notice to Appeal in order to preserve the rights of HATTIE POOLE and to ensure access to the appeals process.

4. This Court has the power to extend the time to file a notice of appeal if, within fifteen days after the deadline for filing the notice of appeal, the appealing party (a) files the notice of appeal in the trial court; and (b) files a motion for extension of time in this Court that complies with Rule 10.5(b) of the Texas Rules of Appellate Procedure. Tex. R. App. P. 26.3. A motion for extension of time under Texas Rule of Appellate Procedure is implied

when a party acting in good faith files its notice of appeal within the 15-day period in which the appellant would have been entitled to move to extend the filing deadline. *Verbugt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

5. Rule 10.5(b) of the Texas Rules of Appellate Procedure requires an appellant seeking an extension of time to explain, *inter alia*, "the facts relied on to reasonably explain the need for an extension." Tex. R. App. P. 10.5(b)(1)(C). There is an open question as to whether it is requisite for the attorney ad litem to represent the Appellant on her appeal of an interlocutory order sustaining a motion to show authority.

Respectfully submitted,


_____/S_____
CARMEN SAMANIEGO
Attorney at Law
Tex. State Bar:  24027951
8100 Broadway, Suite 105
San Antonio, Texas 78209
Tel: 210/802-4888
Fax: 888/224-3924
attorneycarmen@me.com
**ATTORNEY AD LITEM FOR APPELLANT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Motion for Extension of Time was served this the 30th day of June 2015, in accordance with Rule 21a, Tex. R. Civ. P. upon the following person(s):

                                               _____/S/_____
                                               CARMEN SAMANIEGO,
                                               Attorney ad Litem on behalf of HATTIE POOLE

Teresa Christian
Tx. State Bar No. 24052879
THE CHRISTIAN LAW FIRM, PLLC
22211 IH 10 WEST, SUITE 1206
San Antonio, Texas 78257
Tel: 210/501-0722
Fax: 888/511-2049
Teresa@thechristianlawfirm.com

Mr. Bill Leighner
Cavaretta, Katona & Francis, PLLC
One Riverwalk Place
700 N. St. Mary's Street, Suite 1500
San Antonio, Texas 78205
Attorney for Jeff Poole

Mr. Robert E. Golden
Golden Law, P.C.
Pacific Plaza, Suite 611
14100 San Pedro Avenue
San Antonio, Texas 78232-4363
Attorney for Ben Marek

Mr. Ricky J. Poole
Law Offices of Ricky J. Poole
8000 I.H. 10 West, Suite 1600
San Antonio, Texas 78230